UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DEBORAH FEINGOLD d/b/a DEBORAH
FEINGOLD PHOTOGRAPHY,

      Plaintiff,

  -v-                                                             No. 18-CV-2055-LTS-GWG

RAGEON, INC., et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

        The Court has received Defendant RageOn, Inc.'s (i) Motion to Stay, or Alternatively to Extend Time to File its Opposition to Plaintiff's Motion for Summary Judgment ECF #123 ("Motion," docket entry no. 132), and (ii) November 18, 2019, letter request for leave to file, under seal and publicly in redacted form, certain documents submitted in support of Defendant's Motion (docket entry no. 134).

        Defendant's request to stay the litigation is denied as superfluous, as the Court has already stayed the action pending the Court's ruling on Plaintiff's motion for summary judgment. (Docket Entry No. 131.) However, Defendant's request for an extension of time to file its opposition to Plaintiff's motion for summary judgment is granted. Defendant must file its opposition by **December 4, 2019**. Defendant's request to file docket entries numbered 133 and 133-1 under seal and in redacted form on the docket is granted.

Docket Entry Nos. 132, 133, and 134 are resolved.

SO ORDERED.

Dated: New York, New York
November 20, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge