UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH FEINGOLD D/B/A
DEBORAH FEINGOLD PHOTOGRAPHY

                        Plaintiff,

v.

RageOn, Inc.

                        Defendant.

---

Case No.: 1:18-cv-2055

**Kimba M. Wood**
**U.S. District Judge**

**Gabriel W. Gorenstein**
**U.S. Magistrate Judge**

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

To:    Attorneys for Plaintiff

        Chris Fladgate
        Garson, Segal, Steinmetz Fladgate LLP
        164 W. 25th St., Suite 1R
        New York, NY 10001
        Tel: (212) 380-3623
        Fax: (212) 537-4540

        Email: cf@gs2law.com

**PLEASE TAKE NOTICE** that, upon the Declaration of Panagiota Betty Tufariello, Esq., executed on July 23, 2020, and an accompanying Memorandum of Law, the law firm INTELLECTULAW, The Law Offices of P.B. Tufariello P.C., hereby moves this Court pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for leave to withdraw as counsel for defendant RageOn, Inc. in the above-captioned action.

Dated: July 23, 2020
       Mount Sinai, New York      Respectfully submitted,

                                      INTELLECTULAW
                                      THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

                                      By: _/s/ Panagiota Betty Tufariello_
                                      Panagiota Betty Tufariello (PBT 3429)
                                      25 Little Harbor Road
                                      Mount Sinai, NY 11766
                                      631-476-8734
                                      631-476-8737(FAX)
                                      pbtufariello@intellectulaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** has been filed via ECF, a notice of which will be sent by operation of the Court's electronic filing system to all parties, and has also been served to counsel for Plaintiff via Electronic Mail, addressed to:

        Chris Fladgate
        Garson, Segal, Steinmetz Fladgate LLP
        164 W. 25th St., Suite 1R
        New York, NY 10001
        Tel: (212) 380-3623
        Fax: (212) 537-4540

        Email: cf@gs2law.com

on: July 23, 2020

                                                  _/s/ Panagiota Betty Tufariello_
                                                  Panagiota Betty Tufariello, Esq.