

# INTELLECTULAW
# LAW OFFICES OF P.B. TUFARIELLO, P.C.
ATTORNEYS AT LAW

**P. BETTY TUFARIELLO**
pbtufariello@intellectulaw.com

25 LITTLE HARBOR ROAD • MT. SINAI, NEW YORK  11766
TELEPHONE 631-476-8734 • FAX 631-476-8737

SPECIALIZING IN PATENTS, TRADEMARKS, COPYRIGHTS, AND ALL MATTERS RELATED THERETO

July 23, 2020

**VIA ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 26A
New York, NY 10007-1312

# MEMO ENDORSED

Re:   Feingold v. RageOn, Inc.
      Case No: 1:18-cv-02055-LTS-GWG
      Our File No:   7537-1

Your Honor:

We are counsel for Defendant RageOn, Inc. ("RageOn") in the matter referenced herein above.

A short while ago we filed our Motion to Withdraw as counsel for Defendant RageOn (DE # 154-155). Nonetheless, we are writing to seek the Court's guidance with regards to tomorrow's docketed 11:00 am status conference previously scheduled to take place, by Judge Swain on November 6, 2019.  It is the Parties' understanding that the conference date was only a control date, pending the resolution of the Summary Judgment Motions, and that there will be no conference tomorrow.

Please confirm that the Parties' understanding is correct.

Your Honor's patience and understanding are greatly appreciated.

**The conference scheduled by Judge Swain for tomorrow, July 24, 2020 at 11:00 a.m. is canceled.**

Respectfully submitted,

S/*panagiotabettytufariello*/s

**SO ORDERED.
Dated: New York, New York
July 23, 2020**

Panagiota Betty Tufariello

**/s/ Kimba M. Wood
United States District Judge**