| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br><br>DEBORAH FEINGOLD<br>D/B/A DEBORAH FEINGOLD PHOTOGRAPHY, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED:  July 27, 2020 |

        Plaintiff,                                                                      18-CV-2055 (KMW)
                                                                                 **ORDER**
     v.

RAGEON, INC. and JOHN DOES 1–4,

        Defendants.
-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

       Panagiota Betty Tufariello, attorney for Defendant RageOn, Inc., has moved to withdraw as counsel.  (ECF No. 155.)  Ms. Tufariello also requests that all deadlines be extended by 30 days to permit new counsel sufficient time to become familiar with the matter.  (*Id.*)

       Because a corporation may not appear in a lawsuit against it except through an attorney, *see Dial-A-Mattress Franchise Corp. v. Page*, 880 F.2d 675, 677 (2d Cir. 1989), the Court will not permit Ms. Tufariello to withdraw as counsel until Defendant has retained replacement counsel.  Thus, Ms. Tufariello's motion to withdraw is denied.  Once new counsel has been retained, Ms. Tufariello may refile her motion to withdraw, and new counsel may seek any extensions necessary.  Plaintiff's counsel's request to file a short letter in response to the motion to withdraw is denied as moot.  (*See* ECF No. 158.)

SO ORDERED.

 Dated: New York, New York
       July 27, 2020

                                                                /s/ Kimba M. Wood
                                                               KIMBA M. WOOD
                                                         United States District Judge