# Exhibit A

| | |
|---:|:---|
| From: | **Andrea Timpone**  at@gs2law.com |
| Subject: | Fwd: GRT Status on 1:18-cv-02055-LTS (RAGEON, INC. BY SERVING MICHAEL KRILIVS) |
| Date: | March 15, 2018 at 10:26 AM |
| To: | Chris Fladgate  cf@gs2law.com |

Dear Chris,

Please see below from GreenTree Legal. It appears RageOn is refusing to accept legal documents in Ohio.

Let me know if you would like me to call for more information or do some research into the viability of their argument first.

Best,

Andrea

---------- Forwarded message ----------
From: **Greentree Legal** <request@greentreelegal.com>
Date: Thu, Mar 15, 2018 at 8:47 AM
Subject: GRT Status on 1:18-cv-02055-LTS (RAGEON, INC. BY SERVING MICHAEL KRILIVS)
To: at@gs2law.com
Cc: Greentree Legal <request@greentreelegal.com>


To: Chris J. Fladgate
    Garson, Segal, Steinmetz, Fladgate LLP

This is an automated message relating to:
   Our Job Number: 2018000819
   Your Reference Number: 1:18-cv-02055-LTS
   Party to be Served: RAGEON, INC. BY SERVING  MICHAEL KRILIVS
   Case Info: New York  Southern  1:18-CV-02055-LTS
    DEBORAH FEINGOLD D/B/A DEBORAH FEINGOLD PHOTOGRAPHY vs.
    RAGEON, INC., JOHN DOES 1-7

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT A-J

Original Service Address: RAGEON, INC. BY SERVING  MICHAEL KRILIVSKY, AGENT, 1163 EAST 40TH STREET, SUITE 211, CLEVELAND, OH 44114

Latest Status: 3/14/2018 3:56 pm  Unable to accept any legal documents here. The Rageon Inc main office is in San Francisco, CA and the Legal Department there can handle them.


Thank you,
Greentree Legal
request@greentreelegal.com
Phone: (888) 815-9849

More detailed status is available at www.pstprostatus.net




--
Andrea Terese Timpone
Associate*
**Garson, Segal, Steinmetz, Fladgate LLP**
164 West 25th Street, Suite 11R
New York, NY 10001
+1 (212) 380-3623

**Follow us on Twitter**

*Bar admission currently pending in NY

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who

receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about GS2Law, click here:

www.gs2law.com