# Exhibit B



Chris Fladgate <cf@gs2law.com>

---

## 18-cv-02055-LTS-GWG Feingold v. RageOn, Inc. et al

**Chris Fladgate** <cf@gs2law.com>                                              Fri, May 25, 2018 at 12:32 PM
To: Andrew Gerber <andrew@kgfirm.com>
Cc: penelope@kgfirm.com, Andrea Timpone <at@gs2law.com>

Hi Andrew,

As discussed, here are a couple of sample screenshots.

Regards,
Chris

Chris Fladgate
Partner
Garson, Ségal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11R
New York, New York 10001
D +1-347-826-5020
C +1-917-215-8732
T +1-212-380-3623
F +1-347-537-4540
www.gs2law.com

The information contained in this communication (including any attachments) is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer or facsimile system.  This communication contains attorney advertising.

To comply with requirements imposed by the Internal Revenue Service, you are hereby informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

    Create    Sell    FREE SHIPPING on all orders over $150!    Track Order    Login

Search millions of products

Get Started

COLLECTIONS    GUYS    GIRLS    KIDS    SWEATSHIRTS    HOME DECOR    SALE    **READY TO SHIP**    MORE



WELCOME

## AS SEEN ON

    

    

$25    $25    $25    $35    $65

♥ 25    ☆ 1    💬 1

# 80's Madonna

by: **javi9802**

~~$40~~  Save 38%

## $25

Size

PICK A SIZE                         **Sizing Chart**

🔘 Standard - Single Sided ⑦
⚪ Premium - Double Sided ⑦
⚪ Ultra Premium - Double Sided ⑦

Quantity    **Save Money! Order In Bulk**

1

WELCOME

---

**ADD TO CART**

---

Share to earn 10% commission. Learn more.

Share 🔵 🐦 📌 ✉

**About**          Specs          Sizing

Estimated **10 business days production time + shipping time**, unless coupled with products that have a longer stated production time.



Report Design

## Comments

**nathanakulp15** 1 year ago.

Super Like or Like my recents for me to do the same!

BOUGHT WITH THIS ITEM



Madonna O.B.B
bianr1984
$25.00 $40.00



WELCOME

The Kitten No One Loved T-Shirt
Urban Threads
$40.00 $60.00





Wizard of Paws T-Shirt
Let's Rage
$40.00 $60.00



WELCOME



Cat Cobain T-Shirt
Let's Rage
$40.00 $60.00



WELCOME

Thundercat T-Shirt
Let's Rage
$40.00 $60.00



Catnado T-Shirt
Let's Rage
$40.00 $60.00



WELCOME



Titanic Cat T-Shirt
Let's Rage
$40.00 $60.00





Taco Cat T-Shirt
Classics
$44.99 $59.99

WELCOME

About
Careers
Get Support
FAQ
Refunds and Exchanges
Bulk Orders
Art Submission
Shipping
Size Charts
Press Page
Model For Us!
Affiliate Program

**FREE WORLDWIDE SHIPPING on all orders over $150**



      

**Latest Blog Post**

Why Facebook?

Copyright © 2018 RageOn! - Dream it. Share it. Wear it!

Terms of Service | Privacy Policy | Report Abuse/DMCA

WELCOME

Create     Sell       FREE SHIPPING on all orders over $150!       Track Order     Login



Search millions of products

Get Started

COLLECTIONS   GUYS   GIRLS   KIDS   SWEATSHIRTS   HOME DECOR   SALE   **READY TO SHIP**   MORE



WELCOME

**AS SEEN ON**

  

    

$25            $31            $35            $65            $80

♡ 9     ☆ 0     💬 0

# Madonna O.B.B

by: **bianr1984**

~~$40~~   Save 38%

## $25

Size

| PICK A SIZE |

**Sizing Chart**

🔘 Standard - Single Sided  (?)
⚪ Premium - Double Sided  (?)
⚪ Ultra Premium - Double Sided  (?)

Quantity          **Save Money! Order In Bulk**

| 1 |

### ADD TO CART

Share to earn 10% commission. **Learn more.**

Share  f  🐦  📌  ✉

**About**               Specs               Sizing

Estimated **10 business days production time + shipping time**, unless coupled with products that have a longer stated production time.





Report Design

## Comments

No comments. Make one!

BOUGHT WITH THIS ITEM



WELCOME



80's Madonna
javi9802
$25.00 $40.00



The Kitten No One Loved T-Shirt
Urban Threads
$40.00 $60.00

WELCOME



WELCOME

Wizard of Paws T-Shirt
Let's Rage
$40.00 $60.00





Cat Cobain T-Shirt
Let's Rage
$40.00 $60.00

WELCOME





Thundercat T-Shirt
Let's Rage
$40.00 $60.00



WELCOME

Catnado T-Shirt
Let's Rage
$40.00 $60.00



Titanic Cat T-Shirt
Let's Rage
$40.00 $60.00



Taco Cat T-Shirt
Classics
$44.99 $59.99

About
Careers
Get Support
FAQ
Refunds and Exchanges
Bulk Orders
Art Submission
Shipping
Size Charts
Press Page
Model For Us!
Affiliate Program

**FREE WORLDWIDE SHIPPING on all orders over $150**

WELCOME



    

**Latest Blog Post**

<u>Why Facebook?</u>

Copyright © 2018 RageOn! - Dream it. Share it. Wear it!

Terms of Service | Privacy Policy | Report Abuse/DMCA

WELCOME