# Exhibit C



Chris Fladgate <cf@gs2law.com>

## Rageon communiques

**Chris Fladgate** <cf@gs2law.com>     Thu, Sep 20, 2018 at 1:36 PM
To: andrew@kgfirm.com
Cc: mike@rageon.com, km@gs2law.com, at@gs2law.com, ilya@kgfirm.com

Hi Andrew,

Was good talking earlier pursuant to 26(f). I'll try to update the scheduling order and file it before 4pm.

Just a couple of other items:
1. Below are is an email from my client setting forth the multiple attempts by your client to contact her (and her daughter) yesterday. Please reiterate to your client to run all communications via counsel. My client has asked me to also raise this at our conference with the court today.

2. Neither Kevin Murphy nor I could locate any attachment to your client's email earlier this week showing when the images were taken down. As discussed, feel free to send through.

Regards,
Chris

Chris Fladgate
Partner
Garson, Ségal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11R
New York, New York 10001
Tel: 347-826-5020
Cell: 917-215-8732
Fax: 347-537-4540

Begin forwarded message:

> **From:** Deborah Feingold <deborah@deborahfeingold.com>
> **Date:** September 19, 2018 at 7:31:10 PM EDT
> **To:** Chris Fladgate <cf@gs2law.com>
> **Subject: Rageon communiques**
>
> September 19th, 2018
>
> 1. Followed Deborah on Instagram
> 2. Sent Deborah message on Instagram
> 3. Requested Deborah on LinkedIN
> 4. Sent message thru LinkedIN to Deborah
> 5. Called Deborah's cell phone
> 6. Texted Deborah's cell phone
> 7. Emailed Deborah
> 8. Requested to follow Molly/daughter on Instagram
>
> (Not in any particular order but within 2 hour time period and shortly after Chris instructed him not to contact Deborah)
>
> Deborah Feingold Photography
> www.deborahfeingold.com