# Exhibit E

```
tobiass-MacBook-Pro:~ tobiasgu$ psql -h mono-db.cluster-cvfzrpzj0bvb.us-east-1.rds.amazonaws.com -U api -d core
Password for user api:
psql (10.3, server 9.6.8)
SSL connection (protocol: TLSv1.2, cipher: ECDHE-RSA-AES256-GCM-SHA384, bits: 256, compression: off)
Type "help" for help.

core=> select sales.id, sales.order_id, sales.product_id, sales.product_title, sales.product_type, users.username, sales.created_at, sales.item_cost, sales.unit_price, sales.quantity from sales INNER JOIN users on sales.user_id = users.id where product_id in ('662060', '13
41738', '1735402', '2224310');
   id   | order_id | product_id | product_title | product_type |  username   |     created_at      | item_cost |    unit_price     | quantity
--------+----------+------------+---------------+--------------+-------------+---------------------+-----------+-------------------+----------
 152347 |    74067 |     662060 | Madonna       | T-Shirts     | Lexiecupp_  | 2016-11-26 03:31:25 |     15.25 |            23.995 |        1
 211054 |    98491 |     662060 | Madonna       | T-Shirts     | Lexiecupp_  | 2017-01-26 19:56:48 |      23.5 | 33.7437499536951  |        1
(2 rows)

core=>
core=>
```

```
tobiass-MacBook-Pro:~ tobiasgu$ psql -h mono-db.cluster-cvfzrpzj0bvb.us-east-1.rds.amazonaws.com -U api -d core
Password for user api:
psql (10.3, server 9.6.8)
SSL connection (protocol: TLSv1.2, cipher: ECDHE-RSA-AES256-GCM-SHA384, bits: 256, compression: off)
Type "help" for help.

core=> select id, status, created_at, updated_at, amount, customer_id from orders where id in ('74067', '98491');
  id   |  status   |      created_at       |         updated_at         | amount | customer_id
-------+-----------+-----------------------+----------------------------+--------+-------------
 74067 | cancelled | 2016-11-26 03:31:25   | 2016-12-11 06:48:01.293246 |  52.94 |  4629773832
 98491 | cancelled | 2017-01-26 19:56:49.114227 | 2017-02-03 15:55:40.756599 | 207.42 |  4845023624
(2 rows)

core=>
```