# Exhibit G



Chris Fladgate <cf@gs2law.com>

## RE: Feingold v. RageOn - Notice of Deposition

**Betty Tufariello** <PBTufariello@intellectulaw.com>   Tue, Jun 11, 2019 at 10:21 AM
To: Chris Fladgate <cf@gs2law.com>
Cc: Betty Tufariello <intellectulaw@gmail.com>, Alina Orban <AOrban@intellectulaw.com>, Andrea Timpone <at@gs2law.com>

Chris:

Good Morning and thank you for your patience.

RageOn has designated Mike Krilivksy as its 30(b)(6) Witness.

I will confirm his attendance by later this afternoon. I have no knowledge of his traveling itinerary at the moment.

Best Regards,

Betty

[Quoted text hidden]