# Exhibit I



# INVOICE

INVOICE NUMBER:  3272
INVOICE DATE:  SEPTEMBER 08, 2020

FROM:  Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street Suite 11R
New York, NY 10001

TO:  Feingold, Deborah

### RageOn

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| AUG-26-20 | RageOn Associate | (Maddie Brown) Researching re: researching issues concerning damages and costs. | 2.70 | $210.00 | $567.00 |
| AUG-29-20 | RageOn Partner | (Chris Fladgate ) Planning outline and strategy to damages, fees, and costs submission. | 2.50 | $470.00 | $1,175.00 |
| AUG-31-20 | RageOn Partner | (Chris Fladgate ) Commencing drafting of damages, fees, and costs submission; researching various standards and recent cases re: willfulness. | 3.50 | $470.00 | $1,645.00 |
| SEP-02-20 | RageOn Partner | (Chris Fladgate ) Drafting damages, fees, and costs submission; discussing same with D. Feingold. | 6.00 | $470.00 | $2,820.00 |
| SEP-03-20 | RageOn Partner | (Chris Fladgate ) Drafting damages, fees, and costs submission; discussing same with D. Feingold. | 4.50 | $470.00 | $2,115.00 |
| SEP-04-20 | RageOn Partner | (Chris Fladgate ) Continued drafting damages, fees, and costs submission; discussing same with D. Feingold. | 3.50 | $470.00 | $1,645.00 |
| SEP-04-20 | RageOn Associate | (Morgan Romagna) Research on DMCA Willful Infringement | 1.50 | $210.00 | $315.00 |
| | | EXPENSES | | | |
| MAR-13-18 | RageOn Associate | Process server fees. Attempted service in Ohio. | 1.00 | $81.75 | $81.75 |
| JAN-03-20 | RageOn Associate | Delivery of courtesy copies of summary judgment papers to Judge Swain. | 1.00 | $30.00 | $30.00 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $10,282.00 |
| | | Total amount of expenses | | | $111.75 |

INVOICE NUMBER: 3272

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Total hours for this invoice | 24.20 | | |
| | | Total amount of this invoice | | | $10,393.75 |

| MESSAGE |
|---|
| RageOn |