# Exhibit J



Andrea Timpone <at@gs2law.com>

# Receipt from GREENTREE LEGAL

**Greentree Legal Customer Service** <request@greentreelegal.com>  Tue, Mar 13, 2018 at 10:46 AM
To: Andrea Timpone <at@gs2law.com>

Receipt follows:

```
_____
========== TRANSACTION RECORD ========== GREENTREE LEGAL
10925 REEDHARTMANHWY#300
CINCINNATI, OH 45242
United States


TYPE: Purchase

ACCT: Visa              $ 81.75 USD

CARDHOLDER NAME : Robert D. Garson
CARD NUMBER     : ############0092
DATE/TIME       : 13 Mar 18 10:44:48
REFERENCE #     : 001 0512815 T
AUTHOR. #       : 03468G
TRANS. REF.     : 819

   Approved - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
======================================
```



**INVOICE**

| | |
|---|---|
| No. | 24236 |
| Date | 02-02-20 |
| Terms | NET30 |
| Due | 03-03-20 |
| No of delivery. | 1 |

Sold to: GS2
**GS2law**
**164 West 25th Street, Suite 11R**
**New York**
**10001**

| Reference | Item | Details | Amount |
|---|---|---|---|
| | Charges | for the period: 01-01-20 - 01-31-20 | |
| Feingold - RageOn | 446396 | 01-03-20 - Delivery Double Rush<br>164 West 25th Street, Suite 11R - 500 Pearl Street, Courtroom 17C | 30.00 |

Welcome to 2020, we are excited to breach this new decade along with you!

| | | |
|---|---|---|
| Remit to | Subtotal | $30.00 |
| Samurai.NYC | Current charges | 30.00 |
| POB 1690 | Previous balance | $29.50 |
| New York, NY 10156 | Payments received | $-29.00 |
| | Amount due | $30.50 |