# Exhibit A



**Deborah Feingold**  September 19, 2018 at 7:33 PM
Text  Details
To: Chris Fladgate,  Cc: Deborah Feingold

Hi Deborah, it's Mike. I think something may have happened - can you call me back? Thank you !

Sent from my iPhone

**Mike Krilivsky**  September 19, 2018 at 5:45 PM
working together
To: Deborah Feingold Photography,
Reply-To: Mike Krilivsky

> **in**  Deborah Feingold
>
> Hi Deborah, I see you worked with the homeless and that really matters to me. I've donated my time, money, and resources to helping homeless too! I hope that you can find some time to get back to me - I generally don't check here, but feel free to text or call: ███████
>
> mike!
>
> [Reply]  [Not interested]
>
> View Mike's LinkedIn profile
> You can respond to Mike by replying to this email
>
> Unsubscribe | Help

**Deborah Feingold**  September 19, 2018 at 7:31 PM
Rageon communiques
To: Chris Fladgate

September 19th, 2018

1. Followed Deborah on Instagram
2. Sent Deborah message on Instagram
3. Requested Deborah on LinkedIN
4. Sent message thru LinkedIN to Deborah
5. Called Deborah's cell phone
6. Texted Deborah's cell phone
7. Emailed Deborah
8. Requested to follow Molly/daughter on Instagram

(Not in any particular order but within 2 hour time period and shortly after Chris instructed him not to contact Deborah)

Deborah Feingold Photography
www.deborahfeingold.com





12:54

# Blocking

## Blocked People

Once you block someone, that person can no longer see things you post on your Timeline, tag you, invite you to events or groups, start a conversation with you, or add you as a friend. This doesn't include apps, games or groups you both participate in.

 **Add to blocked list**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Unblock

 Michael Krilivsky  Unblock

 Michael Krilivsky  Unblock