# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone: (212) 885-5204
Fax: (917) 332-3053
Email: RCronin@BlankRome.com

October 28, 2020

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/20**

**BY ECF**

The Honorable Kimba M. Wood,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Deborah Feingold d/b/a Deborah Feingold Photography v. RageOn, Inc.*
Civil Action No.: 1:18-cv-2055(KMW)(GWG)

**MEMO ENDORSED**

Dear Judge Wood:

This firm represents defendant RageOn, Inc. ("Defendant"). We respectfully move to seal Exhibits A, B, and C to Docket Number 168 (DECLARATION of Tobias Gu in Opposition re: [160] Brief. Document filed by RageOn, Inc.) on the grounds that they contain home addresses. The exhibits were inadvertently filed in an unredacted form. We have emailed the clerk's office and understand that they have placed a temporary seal on the exhibits. We have been instructed by the clerk's office to file this letter motion to permanently seal the exhibits. We request that the Court direct the clerk to permanently seal the exhibits. Alternatively, we request that the unredacted exhibits be removed from the ECF system and replaced with the concurrently filed exhibits in which the home addresses have been redacted. Plaintiff's counsel requested that the home addresses be redacted and thereby consents to this motion.

Thank you.

Respectfully submitted,

/s/ Ryan E. Cronin

Ryan E. Cronin

cc: All Counsel of Record (By ECF)

Defendant's request to permanently seal Exhibits A, B, and C to Docket Number 168 is Denied.

Defendant's request to remove the unredacted Exhibits from the ECF System is Granted.

The Clerk is directed to strike and remove Docket Number 168.

10/29/20

SO ORDERED, N.Y., N.Y.

/s/ Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.