UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEBORAH FEINGOLD D/B/A
DEBORAH FEINGOLD PHOTOGRAPHY

       Plaintiff,

  v.

RAGEON, INC. ET AL.,

       Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 19, 2021
```

18-CV-2055 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has been advised that the parties have reached a settlement in principle.  (ECF Nos. 180-81.)  The above-captioned action is hereby dismissed and discontinued without costs.  The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.  Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
      February 19, 2021

                                                    /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                                 United States District Judge