

2029 Century Park East | 6th Floor | Los Angeles, CA 90067

Phone:   (424) 239-3461
Fax:     (424) 271-9157
Email:   jmsimon@blankrome.com

April 2, 2021

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   ***Deborah Feingold d/b/a Deborah Feingold Photography v. RageOn, Inc.***
             ***Civil Action No.: 1:18-cv-2055(KMW)(GWG)***

Dear Judge Wood:

**MEMO ENDORSED**

We represent the Defendant, RageOn, Inc. ("Defendant") in the above-captioned lawsuit.

The undersigned will be changing law firms and respectfully requests to be removed from docket 1:18-cv-2055(KMW)(GWG). We request that this Court direct the Clerk of the Court to remove the undersigned from the docket and list of attorneys to be noticed in this matter on the Court's Case Management/Electronic Case Files (CM/ECF) system.

]
**Granted.
KMW**

Defendant continues to be represented by Ryan E. Cronin of Blank Rome LLP, attorneys of record.

                                        Respectfully submitted,

                                        Julianna M. Simon

cc:   All Counsel of Record (via ECF)

**SO ORDERED.**

**Dated: New York, New York     /s/ Kimba M. Wood**
             **4/5/21**                    **Kimba M. Wood
                                             United States District Judge**